B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In re   Kerry Ann McKever                        ,   Case No. 17-40101-PWB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association,                U.S. Bank Trust National Association,
as Trustee of the Tiki Series III Trust              as Trustee of the Bungalow Series III Trust
   Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known):    3
should be sent:                                      Amount of Claim:   $187,987.10
c/o BSI Financial Services, Inc.                     Date Claim Filed:  03/02/2017
1425 Greenway Drive, Ste 400
Irving, TX 75038

Phone:  (972) 347-4350                               Phone:  (972) 347-4350
Last Four Digits of Acct #:    8472                  Last Four Digits of Acct. #:   8472

Name and Address where transferee payments
should be sent (if different from above):
c/o BSI Financial Services, Inc.
PO Box 517
Titusville, PA 16354-0517

Phone:  (972) 347-4350
Last Four Digits of Acct #:   8472

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/                                              Date: 04/09/2020
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

```
                                                    Deed       Doc: ASGN
                                                    Filed 01/02/2019 10:41AM

                                                    Treva W. Shelton
                                                    Clerk Superior Court, Paulding County, Ga.
                                                    Bk 03978    Pg 1019-1020
```

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

_____ Space above for Recorder's use _____

Loan No:
Svcr Ln No:

rec 3rd

## ASSIGNMENT OF SECURITY DEED

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE BUNGALOW SERIES III TRUST**, whose address is 7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251, (ASSIGNOR), does hereby grant, assign and transfer to **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES III TRUST**, whose address is 7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain Security Deed, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Security Deed: **12/22/2006**
Original Loan Amount: **$159,150.00**
Executed by (Borrower(s)): **KERRY MCKEVER**
Original Lender: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR SUNTRUST MORTGAGE, INC. DBA SUN AMERICA MORTGAGE, ITS SUCCESSORS AND ASSIGNS**
Filed of Record: In Book **02325**, Page **0942**,
Document/Instrument No: **N/A** in the Recording District of **PAULDING, GA**, Recorded on **1/11/2007**.

Property more commonly described as: **63 RANDY WAY, DALLAS, GEORGIA 30132**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: _____11-26-18_____

**US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE BUNGALOW SERIES III TRUST, BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT**

By: **DANIEL SLEDD**
Title: **VICE PRESIDENT**

Witness Name: **LATASHA DANIELS**

The Power of Attorney, was filed in
Paulding County, State of
GA on 12/16/2015
in Bk: 3968 Pg: 500.

Witness Name: **LAKEISHA FAIR**

Bk 03978    Pg 1020

> A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of **FLORIDA**
County of **PINELLAS**

On 11-26-2018, before me, **JULIE ARENCIBIA**, a Notary Public, personally appeared **DANIEL SLEDD, VICE PRESIDENT** of/for **MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE BUNGALOW SERIES III TRUST**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **FLORIDA** that the foregoing paragraph is true and correct. I further certify **DANIEL SLEDD** signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

_____
(Notary Name): **JULIE ARENCIBIA**
My commission expires: **07/18/2022**

JULIE ARENCIBIA
Commission # GG 197807
Expires July 18, 2022
Bonded Thru Budget Notary Services

**CERTIFICATE OF SERVICE**

      This is to certify that I have served the following parties in this matter with a copy of the within and foregoing by, **unless otherwise noted**, depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed as follows:

Mary Ida Townson, Esq.
Chapter 13 Trustee
Via Electronic Notice

Karen King, Esq.
Attorney for Debtor
Via Electronic Notice

Kerry Ann McKever
63 Randy Way
Dallas, GA 30132

      This 14th day of April, 2020.

                                                  /s/ Marc E. Ripps
                                                  Marc E. Ripps
                                                  Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com